Fernando C. Candee, Jr., Respondent, v. Hyman D. Baker and Others, Impleaded with Chelsea Realty Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Henry B. Callender, Appellant, v. Edward Lauterbach, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Jesse J. Goldburg, Appellant, v. Jacob D. Marmor, Defendant. Samuel J. Rawak, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Samuel Baumann, Respondent, v. Bertha Dohm, Appellant, Impleaded with August Dohm.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Theodore M. Johnson, Appellant, v. James P. McDonald and Others, Impleaded with Robert E. Robinson, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Bonniford Leslie, Respondent, v. Firemen's Insurance Company of Newark, N. J., Appellant, Impleaded with Ludwig Baumann and Company.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Manufacturers' Commercial Company, Respondent, v. Henry Blitz, Appellant. (No. 1.) — Order modified by allowing judgment to stand as security, striking out the provision requiring defendant to give bond, and also by requiring the defendant to stipulate that the case be placed on the short cause calendar, and as so modified affirmed, without costs. No opinion. Settle order on notice.

Manufacturers' Commercial Company, Respondent, v. Henry Blitz, Appellant. (No. 2.) — Appeal dismissed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Petition of Maynard N. Clement, as State Commissioner of Excise, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 4,702, Issued to Jeremiah T. O'Connor, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Frank Klein and Others, Doing Business under the Firm Name of Linial & Klein, Respondents, v. Henry Maibrunn, Appellant, Impleaded with Philip Borgia and Alberto Borgia, Doing Business under the Firm Name of Borgia Bros., and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William C. Adams and Grace F. Adams, His Wife, Appellants, v. Elias L. M. Bristol, Respondent, Impleaded with Samuel F. Adams and Others.— Order modified by adding the words "and bringing the same on for hearing at the next May Term of the Appellate Division," and as so modified affirmed, without costs. No opinion.

Koppel Friedland, Respondent, v. Harris Saul and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Edward P. Floyd-Jones, Respondent, v. United Electric Light and Power Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Henry W. T. Steinway, Respondent, v. Charles H. Steinway and Others, Individually and as Surviving Trustees under the Will of Christian Friedrich